ACCEPTED
12-14-00253-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/2/2015 3:50:53 PM
CATHY LUSK
CLERK

CASE NO. 12-14-00253-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/2/2015 3:50:53 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| JERRY WEAKS and JOYCE WEAKS, | § | IN THE COURT OF APPEALS FOR TWELFTH COURT OF APPEALS DISTRICT OF TEXAS |
| APPELLANT | | |
| V. | § | |
| | § | |
| KATHLEEN JEANETTE WHITE, | § | |
| APPELLEE | § | |

## CERTIFICATE OF CONFERENCE

**TO THE HONORABLE COURT:**

This will certify and confirm that the undersigned attorney for the Appellants has conferred with Ms. Jane Parreiras-Horta, the attorney for the Appellee, in regard to the Appellants' motion to allow filing of reply brief and for extension of time to file certificate as to word count. Ms. Parreiras-Horta has advised the undersigned that she opposes the motion.

Respectfully submitted,

Aubrey L. Jones, Jr.
Attorney at Law
State Bar No. 10859100
P.O. Box 168
106 W. Tyler St.

Weaks v. White
Certificate of Conference

PAGE 1

Athens, Texas 75751
Telephone: (903) 675-7990
Fax: (903) 670-3424
Email: aubreyjoneslaw@embarqmail.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above Certificate of Conference has been served on Appellee's attorney of record, Ms. Jane Parreiras-Horta, in accordance with the Texas Rules of Appellate Procedure.

Signed this 2ND day of April, 2015.

_____
Aubrey L. Jones, Jr.